IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIION, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>VERTIV GROUP CORPORATION, VERTIV CORPORATION, f/k/a/ Liebert Corporation, EECO, INC., EMERSON ELECTRIC CO. and EMERSON NETWORK POWER,<br><br>    *Defendants.* | Civil Action No. 1:18-cv-06133<br><br>Judge Ronald A. Guzman<br><br>Magistrate Judge Young B. Kim |

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

COME NOW the Parties, Plaintiff LiiON, LLC and Defendants EECO, Inc. and Emerson Electric Co. (hereinafter "Emerson"), by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2) hereby file this Joint Stipulation for Dismissal Without Prejudice as to all claims asserted against Emerson under the following terms:

    1.    Each party will bear its own costs and fees incurred during the pendency of this litigation.

    2.    Following the dismissal of Emerson, undersigned counsel for Emerson agree to accept service by electronic means for any third-party subpoena for production of documents which are within Emerson's possession, custody, or control and relevant to the claims and defenses of the remaining parties to this lawsuit. In connection with any such third-party discovery, Emerson reserves all objections available to it under the Federal Rules of Civil Procedure, the Local Rules of this District or any other applicable law.

    3.    LiiON, LLC may seek leave to re-file the Amended Complaint or assert the claims therein in this case against Emerson by the later of sixty (60) days after the close of fact

discovery in this case between LiiON and the Vertiv defendants or the running of the applicable statutes of limitations for each individual claim under federal or Illinois law, whichever is applicable to each claim. If the statute of limitations applicable to any claim previously asserted in the Amended Complaint expires prior to sixty (60) days after the close of fact discovery in this case between LiiON and Vertiv, said period of limitations shall be tolled to the extent necessary to provide LiiON with the opportunity to re-file its claims against Emerson before the expiration of sixty (60) days after the close of said discovery period. By these terms Emerson does not limit or waive any statute of limitation arguments that Emerson may have had prior to the execution of this stipulation.

4. Should LiiON, LLC ever seek or attempt to refile any claim against Emerson arising out of the facts and/or allegations made against any party in this case, Emerson reserves all objections to said filing available to Emerson under the Federal Rules of Civil Procedure, the Local Rules of this District or any other applicable law, including the objection that the new or re-filed complaint fails to state a cause of action against Emerson; that any Emerson entity is not a proper party; and/or that the allegations are futile to establish liability of any Emerson entity.

WHEREFORE, having jointly stipulated to the dismissal of the above-listed claims, the Parties respectfully request this Court dismiss all claims asserted against any Emerson entity, without prejudice, with each party to bears its own costs and fees.

Dated March 19, 2019

By: /s/James A. Karamanis
James A. Karamanis ARDC #6203479
Kenneth A. Nazarian
BARNEY & KARAMANIS, LLP
180 N. Stetson Ave., Suite 3050
Two Prudential Plaza
Chicago, IL 60601
312-553-5300 Telephone
312-344-1901 Facsimile
james@bkchicagolaw.com
ken@bkchicagolaw.com

***Attorneys for Plaintiff Liion, LLC***

By: *Steven E. Holtshouser*
Rudolph A. Telscher, Jr.,
rudy.telscher@huschblackwell.com
Steven E. Holtshouser*
steve.holtshouser@huschblackwell.com
Erin D. Knese*
erin.knese@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone
314-480-1505 Facsimile
*admitted *pro hac vice*

***Attorneys for Defendants EECO, Inc. and Emerson Electric Co.***

Accepted:

_____
United States District Judge       Date

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March 2019, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

                                                  */s/*Kenneth A. Nazarian