IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LIION, LLC,**<br><br>    Plaintiff,<br><br>vs.<br><br>**VERTIV GROUP CORPORATION, et al.,**<br><br>    Defendants. | CASE NO. 1:18-CV-06133<br><br>JUDGE MARY M. ROWLAND<br><br>MAGISTRATE JUDGE YOUNG B. KIM |

### VERTIV'S MOTION FOR DISCOVERY SANCTIONS

Vertiv[1] respectfully requests that the Court enter an order sanctioning LiiON[2] pursuant to Federal Rule of Civil Procedure 37. In support of this Motion, Vertiv states as follows:

1. LiiON has engaged in a pattern of discovery misconduct that warrants sanctions.

2. *First*, LiiON's counsel allowed a handful of witnesses to self-select documents to produce rather than taking control of or reviewing the devices or places where potentially responsive documents were located.

3. *Second*, LiiON failed to collect and produce a wide array of responsive documents within its possession, custody, or control.

4. *Third*, LiiON knowingly misrepresented the existence and completeness of its document production to both Vertiv and this Court.

5. *Fourth*, LiiON misrepresented facts in its verified responses to interrogatories, which were contradicted by the deposition testimony of LiiON's witnesses, including the individual who verified the response.

---

[1] "Vertiv" refers to Defendants Vertiv Group Corporation and Vertiv Corporation.
[2] "LiiON" refers to Plaintiff LiiON, LLC.

6. ***Fifth***, LiiON engaged in a litany of other dilatory and improper conduct throughout this litigation. Among other things, LiiON (a) failed to serve a corporate disclosure statement in a timely manner, (b) violated its obligation pursuant to Rule 26(a)(1) to disclose individuals with knowledge of the underlying allegations and location of relevant evidence, (c) delayed providing a verification for its interrogatory responses, (d) improperly designated the entirety of its document production as "Highly Confidential" or "Attorney Eyes Only," (e) failed to serve a privilege log in a timely manner, and (g) intentionally producing documents after the Court-ordered deadline.

WHEREFORE, for the foregoing reasons, and as set forth more fully in its Memorandum of Law in Support, Defendants respectfully requests that the Court enter an order sanctioning LiiON pursuant to Federal Rule of Civil Procedure 37 by dismissing LiiON's claims with prejudice or, in the alternative, (1) prohibiting LiiON from introducing evidence supporting its allegations that (i) LiiON developed and owned the alleged trade secrets, (ii) LiiON took reasonable steps to maintain the secrecy of its alleged trade secrets, (iii) the alleged trade secrets have independent economic value, and (iv) LiiON suffered actual loss as a result of the alleged misappropriation; and (2) issuing an adverse jury instruction regarding the same issues. In addition, Vertiv respectfully requests that the Court issue monetary sanctions against LiiON and its counsel in addition to either dismissing LiiON's claims or barring LiiON from introducing evidence and issuing adverse jury instructions.

Dated: October 31, 2019

Respectfully submitted,

<u>/s/ J. Erik Connolly</u>
J. Erik Connolly
Nicole E. Wrigley
Christopher J. Letkewicz
Kate Watson Moss
Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL  60606
Telephone:  (312) 212-4949
Email:  econnolly@beneschlaw.com
 nwrigley@beneschlaw.com
 cletkewicz@beneschlaw.com
 kmoss@beneschlaw.com

*Attorneys for Defendants Vertiv Corporation & Vertiv Group Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2019 a copy of the foregoing ***Vertiv's Motion for Discovery Sanctions*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                  */s/ J. Erik Connolly*
                                                  *Counsel for Defendants Vertiv Group*
                                                  *Corporation and Vertiv Corporation*