# Exhibit A

Filed under seal pursuant to Local Rule 26.2