# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LIION, LLC, ) <br> An Illinois Limited Liability Company, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VERTIV GROUP CORPORATION, ) <br> VERTIV CORPORATION, f/k/a Liebert ) <br> Corporation, EECO, INC., and EMERSON ) <br> ELECTRIC CO. ) <br> ) <br> Defendants, ) | Case No. 18-cv-6133 <br> District Judge Ronald A. Guzman <br> Magistrate Judge Young B. Kim |

### PLAINTIFF'S RULE 26(A)(1) DISCLOSURES

NOW COMES Plaintiff, LIION, LLC, by and through its attorney James Karamanis of Barney & Karamanis, LLP, and for his Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff states as follows:

1. The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

**DISCLOSURE:** Plaintiff believes the following persons to have knowledge and/or discoverable information, which may be used to support its claims.

**1) Gary Gray**
c/o Barney & Karamanis, LLP
180 N. Stetson Ave. Ste 3050
Chicago, Illinois 60601

Gary Gray is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Emerson Electric Co. and Vertiv Group, the nature of the relationship between the parties, the trade secrets at issue, the technology of LiiON, LLC, and any and all facts and circumstances surrounding the business relationships and interactions between the parties.

2) **Thomas Lynn**
c/o Barney & Karamanis, LLP
180 N. Stetson Ave. Ste 3050
Chicago, Illinois 60601

Thomas Lynn is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Emerson Electric Co. and Vertiv Group, the nature of the relationship between the parties, the trade secrets at issue, the technology of LiiON, LLC, and any and all facts and circumstances surrounding the business relationships and interactions between the parties.

3) **Jerry Hoffman**
c/o Barney & Karamanis, LLP
180 N. Stetson Ave. Ste 3050
Chicago, Illinois 60601

Jerry Hoffman is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with LiiON, LLC, the nature of the relationship between the parties, and any and all facts and circumstances surrounding the business relationships and interactions between the parties.

4) **John Geraghty**
Address Unknown

John Geraghty is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Emerson, his work with Vertiv, the nature of the relationship between the parties, and circumstances surrounding the business relationships between the parties.

5) **Kyle Keeper**
Address Unknown

Kyle Keeper is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Emerson, his work with Vertiv, the nature of the relationship between the parties, and circumstances surrounding the business relationships between the parties.

6) **Rick Caudill**
Address Unknown

Rick Caudill is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Emerson, his work with Vertiv, the nature of the

relationship between the parties, and circumstances surrounding the business relationships between the parties.

**7)  Peter Panfil**
Address Unknown

Peter Panfil is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Emerson, his work with Vertiv, the nature of the relationship between the parties, and circumstances surrounding the business relationships between the parties.

**8)  Bill Campbell**
Address Unknown

Bill Campbell is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Emerson, his work with Vertiv, the nature of the relationship between the parties, and circumstances surrounding the business relationships between the parties.

**9)  Eddie Deveau**
Address Unknown

Eddie Deveau is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Alber, his work with Vertiv, the nature of the relationship between the parties, and circumstances surrounding the business relationships between the parties.

**10)  David Weymans**
Address Unknown

David Weymans is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Alber, his work with Vertiv, the nature of the relationship between the parties, and circumstances surrounding the business relationships between the parties.

**11)  Chas Taylor**
Address Unknown

Chas Taylor is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Valence Corporation, his interactions with LiiON, LLC, his interactions with Vertiv, the nature of the relationship between the parties, and circumstances surrounding the business relationships between the parties and Valence.

12) **Donald Lenz VALENCE**
    Address Unknown

  Donald Lenz is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Valence Corporation, his interactions with LiiON, LLC, his interactions with Vertiv, the nature of the relationship between the parties, and circumstances surrounding the business relationships between the parties and Valence.

13) **Paul Ryan**
    Address Unknown

  Paul Ryan is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Emerson, his work with Vertiv, the nature of the relationship between the parties, and circumstances surrounding the business relationships between the parties.

14) **David Sonner**
    Address Unknown

  David Sonner is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Emerson, his work with Vertiv, the nature of the relationship between the parties, and circumstances surrounding the business relationships between the parties.

15) **Josh Scott**
    Address Unknown

  Josh Scott is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Emerson, his work with Vertiv, the nature of the relationship between the parties, and circumstances surrounding the business relationships between the parties.

16) **John Polenz**
    Address Unknown

  John Polenz is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Emerson, his work with Vertiv, the nature of the relationship between the parties, and circumstances surrounding the business relationships between the parties.

17) **Larry Brazis**
    Address Unknown

  Larry Brazis is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Emerson, his work with Vertiv, the nature of the

relationship between the parties, and circumstances surrounding the business relationships between the parties.

**18)** **Shukri Mire**
Address Unknown

Shukri Mire is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Emerson, his work with Vertiv, the nature of the relationship between the parties, and circumstances surrounding the business relationships between the parties.

**19)** **Tom Pfendler**
Address Unknown

Tom Pfendler is likely to have knowledge concerning the matters alleged in the Complaint including, but not limited to his work with Emerson, his work with Vertiv, the nature of the relationship between the parties, and circumstances surrounding the business relationships between the parties.

2. A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

**DISCLOSURE:** Attached please find a portion of the relevant documents currently in counsel's possession. The remaining relevant documents are either retained by counsel for Plaintiff or housed and stored within the office of LiiON, LLC at 120 Prairie Lake Rd Ste A, East Dundee, IL 60118, and will be produced as necessary and upon requests once a protective order has been entered by the Court. Plaintiff reserves the right to supplement these disclosures if and when additional documents become available.

3. A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and

**DISCLOSURE:** The damages in this case will be calculated from the sales and profits of Defendants as a result of their breaches and misappropriations. Damages will be further calculated based on all applicable laws governing statutory multipliers on damages once the exact amounts of those damages are determined. Moreover, Plaintiff reserves the right to amend and/or supplement these disclosures as discovery progresses and additional documents are shared between the parties.

  4. For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

  **DISCLOSURE:** Not Applicable.

                Respectfully submitted,

                **LIION, LLC**

                By: /s/ James A. Karamanis
                  One of its Attorneys

James A. Karamanis (ARDC #6203479)
Barney & Karamanis, LLP
Two Prudential Plaza
180 N. Stetson, Ste 3050
Chicago, Illinois 60601
Tel.: 312/553-5300
**james@bkchicagolaw.com**