# Exhibit D

Filed under seal pursuant to Local Rule 26.2